FILED: January 16, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 25-1052
(4:24-cv-00890-JD)

_____

JOSHUA JORDAN

      Plaintiff - Appellant

v.

PAYMENT SAVER, LLC; CASEY GRAHAM

      Defendants - Appellees

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of South Carolina at Florence |
| Originating Case Number | 4:24-cv-00890-JD |
| Date notice of appeal filed in originating court: | 01/15/2025 |
| Appellant(s) | Joshua Jordan |
| Appellate Case Number | 25-1052 |
| Case Manager | Shari A Batchleor<br>804-916-2702 |